# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-02991 |
| | ) | |
| MARGARET A. ROSE, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: CLEARY |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
See Attached list.

PLEASE TAKE NOTICE that on **November 22, 2021**, at **1:30 P.M.**, I will appear before the Honorable Judge David D. Cleary, or any judge sitting in that judge's place, and present the **Motion to Approve Transfer of Property**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and Passcode can also be found on the judge's page on the court's web site, http://www.ilnb.uscourts.gov/content/judge-david-d-cleary.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: /s/ Christine H. Clar
Christine H. Clar, ARDC #6202332

## PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before October 28, 2021, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE: October 28, 2021  /s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332

Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
davidsiegelbk@gmail.com

*To the following persons or entities who have been served via U.S. Mail:*

Margaret Rose
1330 N. 26th St.
Terre Haute, IN  47803

Cook County Treasurer's Office
Legal Dept.
118 N. Clark St., Rm. 112
Chicago, IL  60602-1332

The Illinois Tollway
P.O. Box 5544
Chicago, IL  60680

City of Chicago, Dept. of Finance
c/o Arnold Scott Harris
111 W. Jackson Blvd., Ste. 600
Chicago, IL  60604

US Dept. of Education
Claims filing Unit
P.O. Box 8973
Madison, WI  53708-8973

Overland Bond & Investment Corp.
c/o Markoff Law LLC
29 N. Wacker Dr., Ste. 1010
Chicago, IL  6606

Grand Canyon University
3300 W. Camelback Rd.
Phoenix, AZ  85017

Cook County Clerk's Office
Legal Dept.
118 N. Clark St., Rm. 112
Chicago, IL  60602-1332

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re: ) 18-02991
)
MARGARET A. ROSE, ) Chapter 13
)
) Judge CLEARY
Debtor(s). )

## MOTION TO APPROVE TRANSFER OF PROPERTY

NOW COMES the Debtor, by and through her attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present their Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On February 2, 2018 the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on May 7, 2018. Marilyn O. Marshall was appointed Trustee in this case.

3. The Debtor owns real estate located at 1587 Kenilworth Dr., Calumet City, IL 60409. It has an approximate value of $57,885.00. There is no mortgage on the property.

4. Since this bankruptcy was filed, Debtor has moved to Indiana to be with her daughter and 4 grandchildren. Her daughter is currently unemployed and debtor is the sole source of income. She will not be returning to Illinois.

5. This bankruptcy included the Cook County Clerk and Cook County Treasurer for pre-petition unpaid property taxes. These have now been paid by the trustee.

6. Since the case was filed debtor has not paid her post-petition property taxes as she was helping her daughter and grandchildren.

7. Debtor has had a friend live in her home in Illinois to keep the property in good

condition and avoid vandalism if it was left vacant. The friend has been paying all utilities.

8. Debtor wishes to transfer the property to her friend, who will than pay all of the post-petition property taxes, which are in excess of $16,366.92.

9. This proposal is made in good faith and without the intent to defraud creditors as Debtor's plan base includes any equity she may have had in the property.

WHEREFORE, the Debtor, MARGARET A. ROSE, prays that this Honorable Court grant Debtors' Motion to Approve Transfer of Property.

Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorney for the Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com