IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: **Margaret Rose** | ) | 18-02991 |
| Debtor(s), | ) | **Judge David D. Cleary** |
|  | ) |  |

*Notice of Objection*

The Trustee objects to the Motion to Transfer Property

Marilyn O. Marshall,
Standing Trustee

/s/ Yanick Polycarpe
By: Yanick Polycarpe

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-6532